# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUAN JOSE PEREZ TINOCO,

                Petitioner,

    v.

LAURA HERMOSILLO, et al.,

                Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No. 2:26-cv-00209-BAT

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The petition for writ of habeas corpus is granted. Petitioner shall be released within one business day of this order and Respondents shall file a certification of release within two business days of this order. Any motion for attorney fees and expenses shall be filed no later than March 5, 2026.

Dated this 12th day of February, 2026.

JOSHUA C. LEWIS
Clerk of Court

 s/ Andy Quach
Deputy Clerk